USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HORNE, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

PHOTON HEALTH, INC.,

Defendant.

**ORDER**

26-CV-7337 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 11, 2026, Plaintiff filed an affidavit of service, ECF No. 6, stating that Defendant was served with a copy of the summons and complaint on September 4, 2026. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's deadline to respond to the complaint was September 25, 2026. To date, so far as the docket reflects, Defendant has not responded to the complaint. Defendant's deadline to file a response to the complaint is extended *sua sponte* to **October 13, 2026**. Plaintiff is directed to file proof of service by mail of a copy of this order and the complaint using the address for Defendant in the civil cover sheet, ECF No. 2, by **September 30, 2026**.

**SO ORDERED.**

Dated: September 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge